AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nichols, Carl J. | U.S. District Court for the District of Columbia | 08/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

333 Constitution Ave, NW
Washington, DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 01/01/2020 | THE ASPEN INSTITUTE, INC. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on Rental Property | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 4511 Q PLACE NW, DC 20007 (RENTAL) (APPRAISED 5/15/2018] | F | Rent | | | Sold | 10/14/20 | P1 | G | 3RD PARTY ARMS LENGTH |
| 2. CITIBANK CHECKING ACCT | A | Interest | K | T | | | | | |
| 3. CITIBANK SAVINGS ACCT | B | Interest | K | T | | | | | |
| 4. BANK OF AMERICA CHECKING ACCT | | None | | | Closed | 12/30/20 | J | | |
| 5. MERRILL LYNCH DEPOSIT ACCT | A | Interest | M | T | | | | | |
| 6. PSRP SPECIAL SITUATIONS ENHANCED-LIQUIDITY | A | Dividend | L | T | | | | | |
| 7. PSRP PASSIVE US EQUITIES | A | Dividend | K | T | | | | | |
| 8. PSRP PASSIVE NON-US EQUITIES | A | Dividend | J | T | | | | | |
| 9. PSRP PASSIVE US BONDS | A | Dividend | J | T | | | | | |
| 10. MPPP SPECIAL SITUATIONS ENHANCED-LIQUIDITY | A | Dividend | K | T | | | | | |
| 11. MPPP PASSIVE US EQUITIES | A | Dividend | J | T | | | | | |
| 12. MPPP PASSIVE NON-US EQUITIES | A | Dividend | J | T | | | | | |
| 13. MPPP PASSIVE US BONDS | A | Dividend | J | T | | | | | |
| 14. AXA EQUITABLE LARGE CAP VALUE VOLATILITY | | None | K | T | | | | | |
| 15. AXA EQUITABLE INTERNATIONAL CORE VOLATILITY | | None | J | T | | | | | |
| 16. AXA EQUITABLE LARGE CAP GROWTH | | None | K | T | | | | | |
| 17. AXA EQUITABLE MODERATE ALLOCATION | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AXA EQUITABLE 2000 MANAGED VOLATILITY | None | | K | T | | | | | |
| 19. THIRD AVENUE VALUE FUND INSTL CLASS | A | Dividend | K | T | | | | | |
| 20. BLACKSTONE REAL ESTATE INCOME TRUST CLASS S | D | Distribution | N | T | | | | | |
| 21. COLUMBIA EMERGING MARKETS FUND-1 | A | Dividend | J | T | | | | | |
| 22. ACAP STRATEGIC FUND | E | Distribution | O | T | | | | | |
| 23. BANK OF MONTREAL SER MTN 02.900% ▓▓▓▓▓ | A | Interest | K | T | Buy | 10/20/20 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 25. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 26. FHLMC G0 8558 04%2042 ▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 27. FHLMC G0 8669 04%2045 ▓▓▓▓▓ | A | Interest | J | T | | | | | |
| 28. FHLMC G0 8697 03%2046 ▓▓▓▓ | A | Interest | J | T | | | | | |
| 29. FHLMC G0 8732 03%2046 ▓▓▓▓ | A | Interest | J | T | | | | | |
| 30. FHLMC G0 0641 04 50%2042 ▓▓▓▓ | A | Interest | J | T | | | | | |
| 31. FHLMC SD 8057 03 50%2050 ▓▓▓▓ | A | Interest | K | T | Buy | 10/29/20 | L | | |
| 32. | | | | | Sold (part) | 11/09/20 | K | A | |
| 33. FHLMC SD 1322 05%2048 ▓▓▓▓ | A | Interest | J | T | | | | | |
| 34. FHLMC SD 8063 03 50%2050 ▓▓▓▓ | A | Interest | K | T | Buy (add'l) | 12/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | FHLMC SD 8084 03%2050 ▬▬▬ | A | Interest | J | T | Buy<br>(add'l) | 12/29/20 | J | | |
| 36. | FHLMC SD 8089 02 50%2050 ▬▬▬ | A | Interest | K | T | Buy<br>(add'l) | 06/12/20 | K | | |
| 37. | FNMA PAL7953 05%2045 ▬▬▬ | A | Interest | J | T | | | | | |
| 38. | FNMA PAR2263 03 50%2043 ▬▬▬ | A | Interest | | | Sold | 11/09/20 | J | A | |
| 39. | FNMA PAB5511 03 50%2042 ▬▬▬ | A | Interest | | | Sold | 11/09/20 | J | A | |
| 40. | FNMA PAS7343 03%2046 ▬▬▬ | A | Interest | J | T | | | | | |
| 41. | FNMA PAU4293 04%2043 ▬▬▬ | A | Interest | J | T | | | | | |
| 42. | FNMA PAJ9169 04%2048 ▬▬▬ | A | Interest | J | T | | | | | |
| 43. | FNMA PMA2495 03 50%2046 ▬▬▬ | A | Interest | J | T | | | | | |
| 44. | FNMA PMA2670 03%2046 ▬▬▬ | A | Interest | J | T | | | | | |
| 45. | FNMA PMA3058 04%2047 ▬▬▬ | A | Interest | L | T | Buy | 10/29/20 | K | | |
| 46. | | | | | | Buy<br>(add'l) | 12/18/20 | K | | |
| 47. | FNMA PMA3692 03 50%2049 ▬▬▬ | A | Interest | | | Sold | 11/09/20 | J | A | |
| 48. | FNMA PMA3746 04%2049 ▬▬▬ | A | Interest | K | T | | | | | |
| 49. | FNMA PMA3833 02 50%2049 ▬▬▬ | A | Interest | K | T | Buy | 03/30/20 | K | | |
| 50. | FNMA PMA3835 03 50%2049 ▬▬▬ | A | Interest | | | Buy | 03/30/20 | J | | |
| 51. | | | | | | Sold | 11/09/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    FNMA PMA3851 04 50% 2049 ▉ | A | Interest | J | T | | | | | |
| 53.    FNMA PMA3991 03% 2050 ▉ | A | Interest | K | T | Buy | 03/30/20 | L | | |
| 54.    FNMA PMA4097 03% 2050 ▉ | A | Interest | K | T | Buy | 12/18/20 | K | | |
| 55.    FNMA PMA4159 02 50% 2050 ▉ | A | Interest | K | T | Buy | 10/29/20 | K | | |
| 56.    PEPSICO INC GLB 02.750% MAR 05 2022 ▉ | A | Interest | J | T | Buy | 06/10/20 | J | | |
| 57.    PMF TEI FUND, LP (ENDOWMENT - LONG TERM WIND-DOWN) ▉ | | None | K | T | Sold (part) | 03/11/20 | J | | |
| 58. | | | | | Sold (part) | 05/12/20 | J | | |
| 59. | | | | | Sold (part) | 11/05/20 | J | | |
| 60.    BP CAPITAL MARKETS PLC (BP27B) | A | Interest | K | T | Buy (add'l) | 06/11/20 | J | | |
| 61. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 62. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 63. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 64. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 65. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 66. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 67.    ACAP STRATEGIC FUND ▉ | E | Distribution | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ALTEGRIS KKR COMMITMENTS | D | Distribution | M | T | | | | | |
| 69. BLACKSTONE REAL ESTATE INCOME TRUST INC CLASS S | D | Dividend | N | T | Buy | 02/03/20 | M | | |
| 70. PARTNERS GROUP PRIVATE EQUITY MASTER FUND LLC | | None | M | T | Buy | 12/30/20 | M | | |
| 71. PARTNERS GROUP PRIVATE EQUITY MASTER FUND | C | Distribution | N | T | Buy | 01/24/20 | M | | |
| 72. TORONTO-DOMINION BANK SER MTN GLB 03.250% | A | Interest | | | Sold | 09/14/20 | J | A | |
| 73. TORONTO-DOMINION BANK SER MTN 00.750% | | None | K | T | Buy (add'l) | 09/15/20 | J | | |
| 74. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 75. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 76. | | | | | Buy (add'l) | 11/17/20 | J | | |
| 77. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 78. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 79. CPG CARLYLE COMMITMENTS | C | Dividend | M | T | | | | | |
| 80. IRONWOOD MULTI-STRATEGY FUND LLC | | None | M | T | Buy | 12/30/20 | M | | |
| 81. U.S. TREASURY BOND 3.000% MAY 15 2042 | A | Interest | L | T | Buy (add'l) | 04/30/20 | J | | |
| 82. | | | | | Buy (add'l) | 12/01/20 | K | | |
| 83. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 84. U.S. TRSY INFLATION BOND 1.375% FEB 15 2044 | A | Interest | L | T | Buy (add'l) | 11/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 86. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 87. U.S. TREASURY BOND 2.875% MAY 15 2049 ▇▇▇▇ | A | Interest | K | T | Sold (part) | 02/03/20 | J | A | |
| 88. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 89. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 90. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 91. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 93. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 94. U.S. TREASURY BOND 4.50% FEB 15 2036 ▇▇▇▇ | A | Interest | K | T | | | | | |
| 95. U.S. TREASURY BOND 1.125% MAY 15 2040 ▇▇▇▇ | A | Interest | J | T | Buy | 10/20/20 | J | | |
| 96. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 97. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 98. U.S. TREASURY BOND 1.625% MAY 15 2026 ▇▇▇▇ | A | Interest | K | T | | | | | |
| 99. U.S. TREASURY NOTE 2.875% MAY 31 2025 ▇▇▇▇ | A | Interest | K | T | Buy (add'l) | 03/02/20 | K | | |
| 100. | | | | | Sold (part) | 03/26/20 | K | B | |
| 101. | | | | | Buy (add'l) | 12/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 103. U.S. TREASURY NOTE 2.875% AUG 15 2028 | A | Interest | K | T | Sold (part) | 02/24/20 | J | A | |
| 104. U.S. TREASURY NOTE 1.625% NOV 30 2020 | A | Interest | | | Sold | 04/30/20 | J | A | |
| 105. U.S. TRSY INFLATION NTE 0.125% APR 15 2021 | A | Interest | | | Sold | 03/12/20 | J | A | |
| 106. U.S. TREASURY NOTE 2.125% MAR 31 2024 | A | Interest | J | T | Sold (part) | 03/26/20 | J | | |
| 107. U.S. TREASURY NOTE 1.500% MAY 31 2020 | A | Interest | | | Sold | 04/30/20 | J | | |
| 108. U.S. TREASURY NOTE 1.750% JUN 30 2022 | A | Interest | J | T | Sold (part) | 05/01/20 | J | A | |
| 109. | | | | | Sold (part) | 06/09/20 | J | A | |
| 110. U.S. TREASURY NOTE 1.625% AUG 15 2029 | A | Interest | K | T | Sold (part) | 02/03/20 | J | A | |
| 111. | | | | | Buy (add'l) | 12/01/20 | K | | |
| 112. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 113. U.S. TRSY INFLATION NTE 0.125% JAN 15 2030 | A | Interest | | | Buy | 02/03/20 | K | | |
| 114. | | | | | Sold | 03/12/20 | K | A | |
| 115. U.S. TRSY INFLATION NTE 0.125% JUL 15 2030 | A | Interest | J | T | Buy | 08/17/20 | J | | |
| 116. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 117. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 118. U.S. TREASURY NOTE 0.125% OCT 15 2023 | A | Interest | K | T | Buy | 12/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 120. APPLE INC GLB 03.000% FEB 09 2024 (AAPL24) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 121. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 122. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 123. APPLE INC GLB 03.000% NOV 13 2027 (AAPL27) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 124. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 125. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 126. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 127. ABBVIE INC GLB 03.375% NOV 14 2021(ABBV21A) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 128. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 129. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 130. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 131. ABBVIE INC GLB 04.250% NOV 14 2028 (ABBV28A) | A | Interest | K | T | Buy (add'l) | 02/21/20 | J | | |
| 132. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 133. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 134. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 135. ABBOTT LABORATORIES GLB 03.400% NOV 30 2023 (ABT23) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 137. AMERICAN INTL GROUP GLB 03.300% MAR 01 2021 (AIG21) | A | Interest | J | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 138. VANECK VECTORS FALLEN ANGEL HIGH YIELD B EXECUTED 100% (ANGL) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 139. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 140. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 141. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 142. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 145. AMER FUNDS NEW PERSPECTIVE FUND CL F2 (ANWFX) | A | Dividend | L | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 147. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 148. | | | | | Sold<br>(part) | 07/06/20 | J | A | |
| 149. | | | | | Sold<br>(part) | 08/27/20 | J | A | |
| 150. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152. AMERICAN EXPRESS CREDIT SER MTN 02.250% MAY 05 2021 (AXP 21A) | A | Interest | | | Sold | 06/02/20 | J | A | |
| 153. AMERICAN EXPRESS CO GLB 02.650% DEC 02 2022 (AXP22) | A | Interest | J | T | Buy (add'l) | 12/01/20 | J | | |
| 154. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 155. AMERICAN EXPRESS CO GLB 02.500% AUG 01 2022 (AXP22A) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 156. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 157. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 158. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 159. BLACKROCK AGE 17 YEARS A (NAABF) | | None | L | T | | | | | |
| 160. BLACKROCK AGE 17 YEARS C (NAAGA) | | None | J | T | | | | | |
| 161. BLKROCK AGE 19+ YEARS A (NAABG) | | None | L | T | | | | | |
| 162. BLKROCK AGE 19+ YEARS C (NAAGB) | | None | J | T | | | | | |
| 163. BLKROCK AGE 8-11 YEARS A (NAABC) | | None | L | T | | | | | |
| 164. BLKROCK AGE 8-11 YEARS C (NAAFW) | | None | J | T | | | | | |
| 165. FRTEMP AGE 11-12 YEARS A EXCHANGE BUY FRAC SHR QUANTITY .587 (AZGIW) | | None | L | T | Buy (add'l) | 02/27/20 | K | | |
| 166. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 167. | | | | | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 169. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 170. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 171. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 172. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 173. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 174. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 175. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 176. FRANK TEMP AGE 16 YRS A FRAC SHR QUANTITY .455 (AZGIY) | None | | | | Buy (add'l) | 02/03/20 | J | | |
| 177. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 178. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 179. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 180. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 181. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 182. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 183. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 184. | | | | | Buy (add'l) | 10/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 186. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 187. | | | | | Sold | 12/07/20 | M | D | |
| 188. FRANK TEMP AGE 19 YRS A EXCHANGE BUY FRAC SHR QUANTITY .772 (AZGIZ) | None | L | T | | Buy (add'l) | 10/29/20 | L | | |
| 189. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 190. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 191. | | | | | Sold (part) | 12/21/20 | J | A | |
| 192. MFS AGE 16 YEARS A FRAC SHR QUANTITY .065 FUND (AZGJA) | None | | | | Buy (add'l) | 02/03/20 | J | | |
| 193. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 194. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 195. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 196. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 197. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 198. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 199. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 200. | | | | | Buy (add'l) | 10/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 201. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 202. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 203. | | | | | Sold | 12/07/20 | L | D | |
| 204. MFS AGE 17 YEARS A EXCHANGE BUY FRAC SHR QUANTITY .820 (AZGJB) | None | M | | T | Buy<br>(add'l) | 12/07/20 | L | | |
| 205. FRTEMP AGE 11-12 YEARS C EXCHANGE BUY FRAC SHR QUANTITY .033 (AZGJE) | None | J | | T | Buy<br>(add'l) | 02/27/20 | K | | |
| 206. FRANK TEMP AGE 19 YRS C EXCHANGE BUY FRAC SHR QUANTITY .097 (AZGJG) | None | J | | T | Buy<br>(add'l) | 10/29/20 | J | | |
| 207. MFS AGE 16 YEARS C EXCHANGE SELL FRAC SHR QUANTITY .280 (AZGJH) | None | | | | Sold | 12/07/20 | J | C | |
| 208. MFS AGE 17 YEARS C EXCHANGE BUY FRAC SHR QUANTITY .468 (AZGJI) | None | J | | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 209. BLKRK AGE 16 YRS A FRAC SHR QUANTITY .248 FUND (AZJUL) | None | | | | Sold | 02/03/20 | J | A | |
| 210. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 211. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 214. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 215. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 216. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 217. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 218. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 219. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 220. | | | | | Sold (part) | 12/07/20 | K | C | |
| 221. BLKRK AGE 18 YRS A FRAC SHR QUANTITY .728 FUND (AZJUM) | None | | | | Buy (add'l) | 01/03/20 | J | | |
| 222. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 223. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 224. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 225. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 226. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 227. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 228. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 229. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 230. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 231. | | | | | Sold | 10/29/20 | L | B | |
| 232. FRTEMP AGE 18 YEARS A FRAC SHR QUANTITY .164 FUND (AZJUY) | None | | L | T | Buy (add'l) | 01/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 233. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 239. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 240. | | | | | Sold<br>(part) | 08/13/20 | K | B | |
| 241. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 242. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 243. | | | | | Sold<br>(part) | 10/29/20 | L | C | |
| 244. BLKRK AGE 16 YRS C EXCHANGE SELL FRAC SHR QUANTITY .239 (AZJVE) | | None | | | Sold | 12/07/20 | J | A | |
| 245. BLKRK AGE 18 YRS C EXCHANGE SELL FRAC SHR QUANTITY .103 (AZJVF) | | None | | | Sold | 10/29/20 | J | A | |
| 246. FRTEMP AGE 18 YEARS C EXCHANGE SELL FRAC SHR QUANTITY .200 (AZJVP) | | None | | | Sold | 10/29/20 | J | A | |
| 247. SPDR BLOOMBERG BARCLAYS 1-3 MNTH T BILL ETF EXECUTED 100% (BIL) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 248. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 249. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 251. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 252. | | | | | Sold<br>(part) | 03/19/20 | J | A | |
| 253. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 254. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 255. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 256. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 257. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 258. VANGUARD INTERMEDIATE TERM BOND ETF EXECUTED 100% (BIV) | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 259. | | | | | Sold<br>(part) | 03/02/20 | K | B | |
| 260. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 261. BERKSHIRE HATHAWAY INC GLB 02.750% MAR 15 2023 (BRKB23A) | A | Interest | J | T | Buy<br>(add'l) | 10/20/20 | J | | |
| 262. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 263. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 264. ANHEUSER-BUSCH INBEV FIN COMPANY GUARNT GLB 04.900% (BUD 46) | A | Interest | J | T | Buy<br>(add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 265. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 266. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 267. CITIGROUP INC GLB VAR%JUL 24 2028 (C 28) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 268. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 269. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 270. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 271. CITIGROUP INC GLB 03.300% APR 27 2025 (C25E) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 272. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 273. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 274. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 275. COMCAST CORP COMPANY GUARNT GLB 04.150% OCT 15 2028 (CMCS28) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 276. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 277. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 278. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 279. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 280. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 281. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 282. CAPITAL ONE FINANCIAL CO GLB 03.300% OCT 30 2024 (COF24A) | A | Interest | K | T | Buy | 06/10/20 | J | | |
| 283. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 284. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 285. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 286. COSTCO WHOLESALE CORP GLB 03.000% MAY 18 2027 (COST27) | A | Interest | K | T | Buy | 06/10/20 | J | | |
| 287. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 288. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 289. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 290. CVS HEALTH CORP GLB 04.300% MAR 25 2028 (CVS28) | A | Interest | L | T | Buy (add'l) | 06/11/20 | J | | |
| 291. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 292. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 293. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 294. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 295. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 296. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 297. CHEVRON CORP GLB 02.100% MAY 16 2021 (CVX21) | A | Interest | J | T | Buy | 06/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 298. WALT DISNEY COMPANY/THE COMP GUARNT SER MTN GLB 02.350% (DIS22) | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 299. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 300. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 301. DUKE ENERGY CORP GLB 03.750% APR 15 2024 (DUK24) | A | Interest | K | T | Buy | 06/10/20 | J | | |
| 302. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 303. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 304. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 305. DOWDUPONT INC - 04.725% NOV 15 2028 (DWDP28A) | A | Interest | K | T | Buy | 06/10/20 | J | | |
| 306. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 307. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 308. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 309. EATON VANCE FLOATING RATE FUND CL I (EIBLX) | | None | J | T | Buy (add'l) | 01/02/20 | J | | |
| 310. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 311. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 312. VANECK VECTORS J.P MORGAN EM LOCAL CCY BOND ETF EXECUTED (EMLC) | | None | | | Sold | 01/14/20 | J | A | |
| 313. EOG RESOURCES INC GLB 02.625% MAR 15 2023 (EOG23) | | None | K | T | Buy (add'l) | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 314. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 315. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 316. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 317. ENTERPRISE PRODUCTS OPER COMPANY GUARNT 03.750% FEB 15 2025 (EPD 25) | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 318. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 319. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 320. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 321. ENTERPRISE PRODUCTS OPER COMPANY GUARNT GLB 05.200% (EPD20A) | | None | | | Sold | 06/02/20 | J | A | |
| 322. FISERV INC GLB 03.200% JUL 01 2026 (FISV26) | | None | K | T | Buy (add'l) | 09/29/20 | J | | |
| 323. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 324. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 325. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 326. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 327. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 328. FIFTH THIRD BANCORP GLB 03.650% JAN 25 2024 (FITB24) | | None | J | T | Buy (add'l) | 12/02/20 | J | | |
| 329. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 330. GOLDMAN SACHS GROUP INC GLB 04.000% MAR 03 2024 (GS24) | | None | K | T | Buy (add'l) | 06/10/20 | J | | |
| 331. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 332. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 333. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 334. GOLDMAN SACHS GROUP INC GLB 03.750% FEB 25 2026 (GS26O) | | None | K | T | Buy (add'l) | 10/20/20 | J | | |
| 335. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 336. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 337. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 338. HOME DEPOT INC GLB 02.000% APR 01 2021 (HD21A) | | None | | | Sold | 01/09/20 | J | A | |
| 339. HOME DEPOT INC GLB 02.625% JUN 01 2022 (HD22) | | None | J | T | Buy (add'l) | 06/10/20 | J | | |
| 340. HOME DEPOT INC GLB 02.950% JUN 15 2029 (HD29) | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 341. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 342. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 343. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 344. HP ENTERPRISE CO GLB 03.600% OCT 15 2020 (HPE20) | A | Interest | | | Sold | 06/11/20 | J | A | |
| 345. ISHARES IBOXX$ HIGH YIEL CORPORATE BOND EXECUTED 100% (HYG) | A | Dividend | | | Sold | 01/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 346. XTRACKERS USD HIGH YIELD CORPORATE BOND ETF (HYLB) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 347. | | | | | Sold (part) | 03/12/20 | J | A | |
| 348. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 349. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 350. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 351. ISHARES TR CORE MSCI EAF ETF EXECUTED 100% (IEFA) | C | Dividend | N | T | Buy (add'l) | 01/14/20 | J | | |
| 352. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 353. | | | | | Buy (add'l) | 03/19/20 | K | | |
| 354. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 355. | | | | | Sold (part) | 04/14/20 | J | A | |
| 356. | | | | | Buy (add'l) | 08/12/20 | K | | |
| 357. | | | | | Buy (add'l) | 10/19/20 | M | | |
| 358. | | | | | Buy (add'l) | 11/30/20 | K | | |
| 359. | | | | | Sold (part) | 12/02/20 | J | A | |
| 360. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 361. ISHARES 3-7 YEAR TREASURY BOND ETF EXECUTED 100% (IEI) | | None | | | Sold | 01/14/20 | K | A | |
| 362. ISHARES INC CORE MSCI EMERGING MKTS ETF EXECUTED 100% (IEMG) | C | Dividend | L | T | Buy (add'l) | 01/14/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 363. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 364. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 365. | | | | | Sold (part) | 03/20/20 | J | A | |
| 366. | | | | | Sold (part) | 04/14/20 | K | | |
| 367. | | | | | Sold (part) | 08/12/20 | J | A | |
| 368. | | | | | Buy (add'l) | 10/19/20 | K | | |
| 369. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 370. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 371. ILLINOIS TOOL WORKS INC GLB 02.650% NOV 15 2026 (ITW26) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 372. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 373. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 374. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 375. JPMORGAN CHASE & CO GLB 02.700% MAY 18 2023 (JPM23F) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 376. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 377. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 378. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 379. JPMORGAN CHASE & CO GLB 03.875% FEB 01 2024 (JPM24A) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 380. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 381. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 382. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 383. KINDER MORGAN INC COMPANY<br>GUARNT GLB 02.000% FEB 15 203<br>(KMI31) | | None | J | T | Buy<br>(add'l) | 12/01/20 | J | | |
| 384. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 385. COCA-COLA CO/THE GLB 02.875% OCT<br>27 2025 (KO25) | A | Interest | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 386. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 387. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 388. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 389. LORD ABBETT SHORT DURATION<br>INCOME FD CL F FUND (LDLFX) | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 390. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 391. LOCKHEED MARTIN CORP GLB<br>02.500% NOV 23 2020 (LMT20) | A | Interest | | | Sold | 06/22/20 | J | A | |
| 392. LOCKHEED MARTIN CORP GLB<br>03.550% JAN 15 2026 (LMT26A) | A | Interest | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 393. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 394. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 395. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Nichols, Carl J.** | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 396. ISHARES IBOXX $ INVT GRADE CORP BD (LQD) | A | Interest | J | T | Sold (part) | 01/14/20 | J | A | |
| 397. | | | | | Sold (part) | 03/02/20 | J | A | |
| 398. | | | | | Sold (part) | 03/12/20 | J | A | |
| 399. | | | | | Sold (part) | 03/19/20 | J | C | |
| 400. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 401. | | | | | Sold (part) | 04/14/20 | J | A | |
| 402. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 403. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 404. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 405. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 406. ISHARES MBS ETF EXECUTED 100% (MBB) | A | Dividend | | | Buy (add'l) | 01/14/20 | K | | |
| 407. | | | | | Sold (part) | 03/02/20 | K | | |
| 408. | | | | | Sold (part) | 03/12/20 | J | A | |
| 409. | | | | | Sold | 03/19/20 | K | | |
| 410. MCDONALD'S CORP SER MTN GLB 02.625% SEP 01 2029 (MCD29) | A | Interest | K | T | Buy (add'l) | 06/11/20 | J | | |
| 411. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 412. | | | | | Buy (add'l) | 12/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 413. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 414. MEDTRONIC INC COMPANY GUARNT GLB 03.500% MAR 15 2025 (MDT25) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 415. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 416. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 417. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 418. MFS VALUE FD CL I FUND SUBJECT TO RED FEE. (MEIIX) | B | Dividend | L | T | Buy (add'l) | 01/02/20 | J | | |
| 419. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 420. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 421. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 422. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 423. | | | | | Buy (add'l) | 09/16/20 | K | | |
| 424. | | | | | Buy (add'l) | 10/28/20 | J | | |
| 425. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 426. METLIFE INC GLB 04.550% MAR 23 2030 R (MET30) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 427. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 428. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 429. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 430. MARSH & MCLENNAN COS INC GLB 03.875% MAR 15 2024 (MMC24A) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 431. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 432. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 433. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 434. MORGAN STANLEY SER GMTN GLB 03.700% OCT 23 2024 (MS24R) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 435. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 436. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 437. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 438. MORGAN STANLEY - 03.625% JAN 20 2027 (MS27E) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 439. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 440. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 441. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 442. MICROSOFT CORP GLB 01.550% AUG 08 2021 (MSFT21) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 443. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 444. MICROSOFT CORP GLB 03.750% FEB 12 2045 (MSFT45) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 445. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 446. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 447. FRNKTEM AGE 9-10 YEARS A FRAC SHR QUANTITY .578 (NAAAL) | | None | | | Buy (add'l) | 01/03/20 | J | | |
| 448. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 449. | | | | | Sold | 02/27/20 | K | A | |
| 450. FRANK TEMP AGE 17 YRS A EXCHANGE BUY FRAC (NAAAN) | | None | M | T | Buy (add'l) | 12/07/20 | M | | |
| 451. MFS AGE 10 TO 11 YEARS A FRAC SHR QUANTITY .566 (NAAAU) | | None | L | T | Buy (add'l) | 01/03/20 | J | | |
| 452. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 453. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 454. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 455. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 456. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 457. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 458. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 459. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 460. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 461. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 462. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 463. | | | | | Buy (add'l) | 02/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 464. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 465. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 466. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 467. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 468. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 469. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 470. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 471. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 472. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 473. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 474. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 475.  BLKROCK AGE 8-11 YEARS A FRAC<br>SHR QUANTITY .230 (NAABC) | | None | L | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 476. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 477. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 478. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 479. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 480. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 481. | | | | | Buy<br>(add'l) | 07/02/20 | J | | |
| 482. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 483. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 484. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 485. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 486. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 487. BLACKROCK AGE 17 YEARS<br>A EXCHANGE BUY FRAC SHR<br>QUANTITY .060 (NAABF) | | None | L | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 488. BLKROCK AGE 19+ YEARS A<br>EXCHANGE BUY FRAC SHR<br>QUANTITY .07 (NAABG) | | None | L | T | Buy<br>(add'l) | 10/29/20 | L | | |
| 489. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 490. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 491. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 492. FRNKTEM AGE 9-10 YEARS C<br>EXCHANGE SELL FRAC SHR<br>QUANTITY .841 (NAAFG) | | None | | | Sold | 02/27/20 | K | A | |
| 493. FRANK TEMP AGE 17 YRS C<br>EXCHANGE BUY FRAC SHR<br>QUANTITY .205 (NAAFI) | | None | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 494. BLACKROCK AGE 17 YEARS<br>C EXCHANGE BUY FRAC SHR<br>QUANTITY .519 (NAAGA) | | None | J | T | Buy<br>(add'l) | 12/07/20 | J | | |
| 495. BLKROCK AGE 19+ YEARS C<br>EXCHANGE BUY FRAC SHR<br>QUANTITY .351 (NAAGB) | | None | J | T | Buy<br>(add'l) | 10/29/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 496. NEXTERA ENERGY CAPITAL COMPANY GUARNT GLB 02.750% (NEE 29A) | A | Interest | K | T | Buy (add'l) | 07/28/20 | J | | |
| 497. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 498. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 499. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 500. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 501. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 502. INVESCO OPPENHEIMER DEVELOPING MRKT FD CL Y FUND (ODVYX) | | None | K | T | Buy (add'l) | 01/02/20 | J | | |
| 503. | | | | | Buy (add'l) | 01/02/20 | J | | |
| 504. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 505. | | | | | Sold (part) | 08/27/20 | J | A | |
| 506. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 507. | | | | | Sold (part) | 10/28/20 | J | A | |
| 508. ORACLE CORP GLB 02.950% MAY 15 2025 (ORCL25F) | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 509. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 510. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 511. ORACLE CORP GLB 02.950% APR 01 2030 (ORCL30A) | A | Interest | K | T | Buy (add'l) | 06/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 512. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 513. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 514. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 515. INVESCO EMERGING MARKETS<br>SOVEREIGN DEBT ETF EXECUTED<br>100% (PCY) | A | Dividend | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 516. | | | | | Sold | 03/02/20 | J | A | |
| 517. PFIZER INC GLB 03.450% MAR 15 2029<br>(PFE29) | A | Interest | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 518. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 519. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 520. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 521. INVESCO PREFERRED ETF EXECUTED<br>100% (PGX) | A | Dividend | | | Sold<br>(part) | 01/14/20 | J | A | |
| 522. | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 523. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 524. | | | | | Sold | 03/19/20 | J | A | |
| 525. PNC FINANCIAL SERVICES GLB<br>03.450% APR 23 2029 (PNC29) | A | Interest | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 526. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 527. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 529. SHELL INTERNATIONAL FIN COMPANY GUARNT GLB 04.000% (RDSA46) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 530. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 531. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 532. UNITED TECHNOLOGIES CORP GLB 03.950% AUG 16 2025 (RTX25) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 533. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 534. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 535. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 536. SCHWAB SHORT-TERM U.S. TREASURY ETF EXECUTED 100% (SCHO) | A | Dividend | | | Buy (add'l) | 01/14/20 | J | | |
| 537. | | | | | Sold (part) | 03/02/20 | J | A | |
| 538. | | | | | Sold (part) | 03/12/20 | J | A | |
| 539. | | | | | Sold | 03/19/20 | J | A | |
| 540. SOUTHERN CO GLB 02.950% JUL 01 2023 (SO23) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 541. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 542. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 543. | | | | | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 544. SOUTHERN CO GLB 03.250% JUL 01 2026 (SO26) | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 545. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 546. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 547. AT&T INC GLB 04.250% MAR 01 2027 (T27) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 548. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 549. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 550. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 551. AT&T INC SER * GLB 04.300% FEB 15 2030 (T30) | A | Interest | K | T | Buy (add'l) | 08/19/20 | J | | |
| 552. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 553. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 554. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 555. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 556. SHIRE ACQ INV IRELAND DA COMPANY GUARNT GLB 02.400% SEP 23 2021 (TAK21 | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 557. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 558. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 559. TEMPLETON GLBL BOND FD ADV CL FUND SUBJECT TO RED FEE (TGBAX) | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 560. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 561. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 562. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 563. TARGET CORP GLB 02.500% APR 15<br>2026 (TGT26) | A | Interest | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 564. | | | | | Buy<br>(add'l) | 10/20/20 | J | | |
| 565. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 566. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 567. ISHARES TIPS BOND ETF EXECUTED<br>100% (TIP) | A | Dividend | | | Sold<br>(part) | 01/14/20 | J | A | |
| 568. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 569. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 570. | | | | | Sold | 03/19/20 | J | A | |
| 571. ISHARES 20+ YEAR TREASURY BOND<br>ETF EXECUTED 100% (TLT) | A | Dividend | | | Buy<br>(add'l) | 01/14/20 | J | | |
| 572. | | | | | Sold | 03/02/20 | J | A | |
| 573. ISHARES 20+ YEAR TREASURY BOND<br>ETF EXECUTED 100% (TLT) | A | Dividend | | | Sold<br>(part) | 03/13/20 | J | A | |
| 574. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 575. | | | | | Sold | 03/19/20 | J | A | |
| 576. TOYOTA MOTOR CREDIT CORP SER<br>MTN 01.150% MAY 26 2022 (TM22K) | A | Interest | K | T | Buy<br>(add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 578. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 579.  BLACKROCK LIQUIDITY FUND (TSTXX) | A | Dividend | K | T | Sold (part) | 01/15/20 | J | | |
| 580. | | | | | Sold (part) | 03/12/20 | J | A | |
| 581. | | | | | Sold (part) | 03/19/20 | J | A | |
| 582. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 583. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 584. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 585. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 586. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 587.  UNITEDHEALTH GROUP INC GLB 03.750% JUL 15 2025 (UNH25) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 588. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 589. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 590. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 591.  US BANCORP SER V 02.375% JUL 22 2026 (USB26B) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 592. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 593. | | | | | Buy (add'l) | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 595. VISA INC GLB 02.800% DEC 14 2022 (V22) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 596. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 597. VISA INC GLB 04.300% DEC 14 2045 (V45) | A | Interest | J | T | Buy (add'l) | 10/20/20 | J | | |
| 598. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 599. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 600. VANGUARD SMALL CAP GROWTH ETF PER ADVISORY AGREEMENT (VBK) | A | Dividend | L | T | Sold (part) | 01/14/20 | J | A | |
| 601. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 602. | | | | | Sold (part) | 04/14/20 | J | A | |
| 603. | | | | | Sold (part) | 06/09/20 | J | | |
| 604. | | | | | Sold (part) | 08/12/20 | J | A | |
| 605. | | | | | Buy (add'l) | 10/19/20 | K | | |
| 606. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 607. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 608. VANGUARD SMALL CAP VALUE ETF PER ADVISORY AGREEMENT (VBR) | A | Dividend | K | T | Sold (part) | 01/14/20 | J | A | |
| 609. | | | | | Buy (add'l) | 03/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 610. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 611. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 612. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 613. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 614. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 615. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 616. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 617. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 618. VANGUARD INTRMDIATE-TERM CORPORATE BOND EXECUTED 100% (VCIT) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 619. | | | | | Sold<br>(part) | 03/02/20 | J | | |
| 620. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 621. | | | | | Sold<br>(part) | 03/19/20 | J | A | |
| 622. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 623. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 624. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 625. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 626. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 627.　VANGUARD SHORT-TERM<br>CORPORATE BOND EXECUTED 100%<br>(VCSH) | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | K | | |
| 628. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 629. | | | | | Sold<br>(part) | 03/12/20 | J | A | |
| 630. | | | | | Sold<br>(part) | 03/19/20 | J | A | |
| 631. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 632. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 633. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 634. | | | | | Buy<br>(add'l) | 10/19/20 | J | | |
| 635. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 636. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 637.　VANGUARD VALUE ETF EXECUTED<br>100% (VTV) | D | Dividend | N | T | Sold<br>(part) | 01/14/20 | K | B | |
| 638. | | | | | Buy<br>(add'l) | 03/02/20 | K | | |
| 639. | | | | | Buy<br>(add'l) | 03/19/20 | K | | |
| 640. | | | | | Sold<br>(part) | 03/20/20 | J | A | |
| 641. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 642. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 643. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 644. | | | | | Buy (add'l) | 10/19/20 | M | | |
| 645. | | | | | Buy (add'l) | 11/30/20 | K | | |
| 646. | | | | | Sold (part) | 12/02/20 | J | A | |
| 647. | | | | | Buy (add'l) | 12/07/20 | K | | |
| 648. VANGUARD GROWTH ETF EXECUTED 100% (VUG) | A | Dividend | N | T | Buy (add'l) | 01/14/20 | K | | |
| 649. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 650. | | | | | Buy (add'l) | 03/19/20 | K | | |
| 651. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 652. | | | | | Buy (add'l) | 04/14/20 | K | | |
| 653. | | | | | Sold (part) | 06/09/20 | J | B | |
| 654. | | | | | Sold (part) | 08/12/20 | K | D | |
| 655. | | | | | Buy (add'l) | 10/19/20 | M | | |
| 656. | | | | | Buy (add'l) | 11/30/20 | K | | |
| 657. | | | | | Sold (part) | 12/02/20 | J | A | |
| 658. | | | | | Buy (add'l) | 12/07/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 659. VERIZON COMMUNICATIONS GLB 03.376% FEB 15 2025 (VZ25A) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 660. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 661. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 662. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 663. VERIZON COMMUNICATIONS GLB 01.500% SEP 18 2030 (VZ30C) | A | Interest | K | T | Buy (add'l) | 12/01/20 | K | | |
| 664. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 665. WELLS FARGO & COMPANY GLB VAR % APR 30 2026 (WELL26) | A | Interest | K | T | Buy (add'l) | 04/30/20 | K | | |
| 666. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 667. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 668. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 669. WELLS FARGO & COMPANY SER MTN 03.300% SEP 09 2024 (WFC24) | A | Interest | K | T | Buy (add'l) | 06/10/20 | J | | |
| 670. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 671. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 672. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 673. WALMART INC GLB 03.700% JUN 26 2028 (WMT28) | A | Interest | L | T | Buy (add'l) | 06/10/20 | J | | |
| 674. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 675. | | | | | Buy (add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 676. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 677. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 678. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 679. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 680. EXXON MOBIL CORPORATION GLB 02.610% OCT 15 2030 (XOM30A) | A | Interest | K | T | Buy (add'l) | 10/20/20 | J | | |
| 681. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 682. | | | | | Buy (add'l) | 12/07/20 | J | | |
| 683. OWL ROCK CAPITAL CORP (ORCC) | D | Dividend | M | T | | | | | |
| 684. VANGUARD SHORT-TERM CORPORATE BOND (VCSH) | A | Dividend | J | T | | | | | |
| 685. COMCAST CORP COMPANY GUARNT GLB 3.55% MAY 01 2028 (CMCS28) | A | Interest | L | T | | | | | |
| 686. DUKE ENERGY CORP GLB (DUK24) | A | Interest | K | T | | | | | |
| 687. PEPSICO INC GLB 2.75% MAR 05 2022 ▮▮▮▮ | A | Interest | J | T | | | | | |
| 688. TORONTO DOMINION BANK ▮▮▮▮ | A | Interest | K | T | | | | | |
| 689. | | | | | | | | | |
| 690. | | | | | | | | | |
| 691. | | | | | | | | | |
| 692. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 693. | | | | | | | | | |
| 694. | | | | | | | | | |
| 695. | | | | | | | | | |
| 696. | | | | | | | | | |
| 697. | | | | | | | | | |
| 698. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. PART VII - LINE 1 - 4511 Q PLACE NW, DC 20007 (RENTAL) (APPRAISED 5/15/2018] - VALUE METHOD, CODE V - APPRAISED VALUE

| Name of Person Reporting | Date of Report |
|---|---|
| Nichols, Carl J. | 08/02/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Carl J. Nichols**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544